# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Companion Property and Casualty Insurance Company, | C/A No: 3:17-cv-00514-CMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Charles David Wood, Jr.; AMS Staff Leasing, Inc.; Breckenridge Enterprises, Inc.; and AMS Staff Leasing II, Inc., | |
| Defendants. | |

This Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice, and upon good cause shown within sixty (60) days, any party may petition the Court to reopen the action if settlement is not consummated. This settlement applies to all claims, including those addressed by prior order, and no judgment shall be entered.

      s/Cameron McGowan Currie
      CAMERON McGOWAN CURRIE
      SENIOR UNITED STATES DISTRICT JUDGE

October 20, 2017
Columbia, South Carolina